COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-226
-CV

IN RE MICHAEL PRICE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relator’s “ Unopposed Motion To Dismiss Of Petition For Writ Of Mandamus.” It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.  

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: January 16, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.